**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 13-41812-659 |
| CAROL WHITLEY | ) | Chapter 13 |
| | ) | |
| | ) | Trustee's Objection to Confirmation |
| | ) | Original Confirmation Hearing set for: |
| **Debtor** | ) | May 16, 2013  11:00 am |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The plan is distributing less to the unsecured creditors than they would receive under Chapter 7 liquidation. 11 U.S.C. § 1325(a)(4)
2. Debtor lacks sufficient income to fund the plan.
3. Per schedules I and J, monthly expenses exceed monthly income such that debtor is not able to make plan payments. 11 U.S.C. § 1325(a)(6). If debtor does make plan payments, schedules I and J must be significantly incorrect and should be amended.
4. The plan is ambiguous or incapable of ascertainment (11 U.S.C. §§ 1321 & 1325(a)(3)) because:
   SCHEDULE D OMITS COLLATERAL. SCHEDULE I OMITS EMPLOYER INFORMATION.
5. RE #1 PER SCHEDULE A DEBTOR OWNS RESIDENCE FREE AND CLEAR.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

| | |
|---|---|
| Dated: April 04, 2013 | /s/ John V. LaBarge, Jr. |
| | John V. LaBarge, Jr. |
| OBJCONFAF--KLW | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

The undersigned hereby certifies that he served the above notice on this day of April 04, 2013, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

/s/ John V. LaBarge, Jr.

| | | |
|---|---|---|
| 13-41812-659 | **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** | **04/04/2013** |
| | | **Page 2 of 2** |

CAROL WHITLEY
1121 BOPP RD
SAINT LOUIS, MO  63131

TIERNEY & WESTERFELD LC
1234 JUNGERMANN RD
ST PETERS, MO  63376